IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18CR001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE PATRICIA A. GAUGHAN |
| v. | ) | |
| | ) | |
| BRYAN MATHIS, | ) | |
| | ) | |
| Defendant. | ) | <u>JOURNAL ENTRY</u> |

This matter came on to be heard upon the petition of Danielle K. Angeli, Assistant United States Attorney for the Northern District of Ohio, for a Writ of Habeas Corpus Ad Prosequendum directed to the Sheriff, Cuyahoga County Jail, Cleveland, Ohio, and/or the United States Marshal at Cleveland, Ohio, and/or ATF. The Court, being fully advised in the said matter, finds that the said Bryan Mathis, is detained in the Cuyahoga County Jail, Cleveland, Ohio, under the custody of said Sheriff.

The Court further finds that the said United States desires to proceed to arraign the defendant on an indictment charging a violation of Title 18, United States Code, Section 922 (g)(1), at Cleveland, Ohio, before the Honorable Judge Patricia A. Gaughan on January 24, 2018,

at 11:30 a.m., and to other court proceedings relating to such indictment as this Court may deem proper.

THEREFORE, upon consideration thereof, IT IS ORDERED, ADJUDGED and DECREED that the said Writ of Habeas Corpus Ad Prosequendum issue and that the said Writ be delivered to the United States Marshal at Cleveland, Ohio, and/or ATF.

/s/ Patricia A. Gaughan     1/10/18
PATRICIA A. GAUGHAN
UNITED STATES DISTRICT JUDGE